463 A.2d 34

Commonwealth v. Veneri, Appellant.

Petition for Allowance of Appeal Denied Oct. 3, 1983.

Submitted February 24, 1982. Anthony Veneri, appellant, in propria persona; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and ROWLEY, JJ.

Judgment of sentence affirmed.

SPAETH, J., filed a memorandum concurring statement.